IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

QUINCY DESHAWN BROWN                                                PETITIONER

vs.           Civil Case No. 2:09CV00141 HLJ

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                         RESPONDENT

## ORDER

The court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for a writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 11 day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE